# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JENIFER J. PYTKO, | Case No. 2:17-cv-01465-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket Nos. 7, 8) |
| U.S. BANK, N.A., et al., | |
| Defendant(s). | |

Before the Court are notices from the Clerk's Office that mail sent to Plaintiff has been returned as undeliverable. Docket Nos. 7, 8. Local Rule IA 3-1 requires that a *pro se* party "must immediately file with the court written notification of any change of mailing address...." Plaintiff is hereby **ORDERED** to file a written notice of change of address by February 5, 2018.

IT IS SO ORDERED.

DATED: January 24, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge