Melissa A. Vermillion (No. 10261)
**Barrett Daffin Frappier Treder & Weiss, LLP**
7251 West Lake Mead Blvd., Suite 300
Las Vegas, NV 89128
Phone (626) 371-7045
Email: MelissVe@bdfgroup.com
File No.: 8571010

Attorney for Intervenor, U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust II(B)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENIFER J. PYTKO, | Case No.: 2:17-cv-01465-RFB-NJK |
| Plaintiff, | Parcel ID: 177-28-510-026 |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES 2005-10; STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES 2005-10; STRUCTURED ASSET SECURITIES CORPORATION; WESTERN PROGRESSIVE NEVADA INC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ROES 1-10 AND DOES 1-10, inclusive, representing a class of unknown persons who claim or have the right to claim an interest in certain real property located in Las Vegas, Nevada, | **ORDER ON MOTION TO EXPUNGE LIS PENDENS** |
| Defendants. | |

This Court having considered the Motion to Expunge Lis Pendens and accompanying affidavit, and it appearing that the underlying case no. 2:17-cv-01465-RFB-NJK has been dismissed, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion to Expunge Lis Pendens is Granted;

2. That the Notice of Lis Pendens recorded in the Clark County Recorder's Office as Instrument No. 20170523-0001924 is expunged.

IT IS SO ORDERED.

Dated this __7th day of December__, 2020, *nunc pro tunc.*
      *Date of September 10, 2020.*

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE